```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

HERSH FRIED,

                     Plaintiff,

      - against -

WELLS FARGO BANK, N.A.,

                    Defendant.

---------------------------------------------------------------X

**ORDER**

22 Civ. 4065 (NSR)

Román, D.J.:

      The Court having been advised that all claims asserted herein have been settled in principle, it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:    August 31, 2022
            White Plains, NY

                                                                        Nelson S. Román, U.S.D.J.